314

374 A.2d 533
**COMMONWEALTH of Pennsylvania**
v.
**Clifford CUMMINGS, Petitioner.**

Supreme Court of Pennsylvania.

June 6, 1977.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The petition for allowance of appeal is granted, the judgment of sentence imposed by the Court of Common Pleas of Lancaster County on March 19, 1974 at No. 1738–1973 is vacated, and the matter is remanded to that court for resentencing in accordance with 18 Pa.C.S. § 1104.